**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-1878

———————

VICTOR RODRIGUEZ,

Plaintiff - Appellant,

versus

JOHN ASHCROFT, Attorney General; KENNETH R.
JONES, Recreation Supervisor, Federal
Correctional Institution,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  C. Weston Houck, Senior District
Judge.  (9:04-cv-22105-CWH)

———————

Submitted:  January 18, 2007        Decided:  January 22, 2007

———————

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Victor Rodriguez, Appellant Pro Se. Terry Hearn Bailey, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Rodriguez appeals the district court's orders accepting the recommendation of the magistrate judge, granting defendants' motion for summary judgment, and denying Rodriguez's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rodriguez v. Ashcroft</u>, No. 9:04-cv-22105-CWH (D.S.C. June 13, 2006; July 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>